FILED

03/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0495

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0495

TOWN OF KEVIN,

      Petitioner and Appellant,

  v.

MONTANA DEPARTMENT OF
NATURAL RESOURCES AND
CONSERVATION,

      Respondent and Appellee,

CITY OF SHELBY,

      Applicant and Appellee.

## ORDER

    Upon consideration of Appellant's motion for extension of time to file its reply brief and good cause appearing,

    IT IS HEREBY ORDERED that Appellant is given an extension of time until April 17, 2024, to prepare, file, and serve Appellant's reply brief.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 12 2024